Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**THE LAW OFFICES OF JOSEPH R. MANNING, JR., APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
(949) 361-3232
(866) 843-8308
ecf@ManningLawOffice.com

Attorneys for Plaintiffs SALLY ROSENFELD and LEE ROSENFELD

CHARLES T. MEYER (SBN: 264457)
ctm@severson.com
**SEVERSON & WERSON, APC**
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Tel: (949) 442-7110
Fax: (949) 442-7118

Attorneys for Defendant
NATIONSTAR MORTGAGE, LLC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SALLY ROSENFELD, an individual, and LEE ROSENFELD, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC, a business entity form unknown, RSM&A FORECLOSURE SERVICES, LLC, a business entity form unknown, and DOES 1-100, inclusive, <br><br> Defendants. | CASE No: 13-cv-04830-CAS(CWx) <br><br> [Assigned to the Hon. Christina A. Snyder] <br><br> [~~PROPOSED~~] ORDER OF JOINT STIPULATION TO DISMISS WITH PREJUDICE |

---
[PROPOSED] ORDER OF JOINT STIPULATION TO DISMISS WITH PREJUDICE
1

# [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and hereby is Dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: 8/6/14

*Christina A. Snyder*
United States District Judge

---

[PROPOSED] ORDER OF JOINT STIPULATION TO DISMISS WITH PREJUDICE
2